UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**EDDY MONTALVO,**

        **Plaintiff,**

v.	Case No. 6:23-cv-2167-CEM-RMN

**VYSTAR CREDIT UNION,**

        **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on Defendant's Motion for Entitlement of Attorneys' Fees (Doc. 34), to which Plaintiff filed a Response (Doc. 35). The United States Magistrate Judge issued a Report and Recommendation (Doc. 36), recommending that the Motion be granted.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

    1. The Report and Recommendation (Doc. 36) is **ADOPTED** and made a part of this Order.

2. Defendant's Motion for Entitlement of Attorneys' Fees (Doc. 34) is **GRANTED**.

3. **On or before December 8, 2025**, Defendant shall file either (1) a Supplemental Motion for Attorney's Fees and Nontaxable Costs pursuant to Local Rule 7.01(c) or (2) a notice that the parties have reached an agreement as to the amount of fees and costs.

**DONE** and **ORDERED** in Orlando, Florida on October 22, 2025.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record