UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**EDDY MONTALVO,**

      **Plaintiff,**

**v.**                                **Case No. 6:23-cv-2167-CEM-RMN**

**VYSTAR CREDIT UNION,**

      **Defendant.**

_____/

**ORDER**

THIS CAUSE is before the Court on Defendant's Supplemental Motion for Attorney's Fees and Nontaxable Costs (Doc. 43). The United States Magistrate Judge issued a Report and Recommendation (Doc. 44), recommending that the Motion be granted in part and denied in part.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 44) is **ADOPTED** and made a part of this Order.

2. Defendant's Supplemental Motion for Attorney's Fees and Nontaxable

Costs (Doc. 43) is **GRANTED in part** and **DENIED in part**.

    a. Defendant is awarded attorney's fees in the amount of $48,954.16.

    b. The Motion is otherwise **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on April 27, 2026.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record